☐ **ORIGINAL**

BATTS J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: April 16, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x

HANNAH V. WATSON,                         :

                    Plaintiff,            :

          - v. -                          :

                                          :    STIPULATION AND ORDER

                                          :    08 Civ. 1523 (DAB)

MICHAEL J. ASTRUE,                        :
Commissioner of                           :
Social Security,                          :

                    Defendant.            :

- - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from May 6, 2008 to

and including July 7, 2008.  This extension is requested because

the administrative record has not yet been received by
defendant's counsel.  No previous extension has been requested
in this case.

Dated: New York, New York
       April 7 , 2008


_____
HANNAH V. WATSON
Plaintiff Pro Se
611 Crotona Park North
Apt.# 5A
Bronx, New York 10457
Telephone No. (347) 726-3964

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant


By: _____
SUSAN C. BRANAGAN
Assistant United States Attorney
89 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2713
Susan.Branagan@usdoj.gov


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE