```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
HANNAH V. WATSON,                       : 08 Civ. 1523 (DAB) (JCF)
                                        :
                Plaintiff,              :     O R D E R
                                        :
        - against -                     :
                                        :
MICHAEL J. ASTRUE, Commissioner         :
of Social Security,                     :
                                        :
                Defendant.              :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

*This case having been referred to the undersigned for a report and recommendation, and the complaint, answer, and administrative record having been filed, it is hereby ORDERED as follows:*

1. Defendant shall file any motion for judgment on the pleadings or summary judgment no later than August 29, 2008.

2. Plaintiff shall file answering papers no later than September 30, 2008.

3. Defendant shall file reply papers, if any, no later than October 15, 2008.

4. If all parties wish to consent to final disposition by a United States Magistrate Judge, the enclosed form should be signed and returned.

SO ORDERED.

*[signature: James C. Francis IV]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 11, 2008

1

Copies mailed this date:

Hannah V. Watson
611 Crotona Park North - #5-A
Bronx, New York 10457

Susan C. Branagan, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007