UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HANNAH V WATSON,

       Plaintiff,

V

MICHAEL J ASTRUE, Commissioner of Social
Security,   Defendant
-----------------------------------------------------------X

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7.0.10.200

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 1523 (DAB)(JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_\_ Habeas Corpus

_X_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: \_\_\_

MICROFILMED JUL 11 2008 -12:00 PM

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
              July 9, 2008

*Deborah A. Batts*
United States District Judge