UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

HANNAH WATSON,  :  **REVISED**
 :  **SCHEDULING ORDER**
        Plaintiff,  :
 :
    - v. -  :  08 Civ. 1523 (DAB)(JCF)
 :
MICHAEL J. ASTRUE,  :
Commissioner of Social Security,  :
 :
        Defendant.  :
 :
- - - - - - - - - - - - - - - - - - -x

       Defendant having filed his answer to the complaint on July 7, 2008,

       IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before September 5, 2008;

2. Plaintiff's response to the motion and any cross-motion shall be served and filed on or before October 7, 2008; and,

3. Defendant's response and reply shall be served and filed on or before October 21, 2008.

SO ORDERED:

*James C. Francis IV*
United States Magistrate Judge
8/29/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

TOTAL P.03